```
         IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                 BATESVILLE DIVISION
```

FIREMAN'S FUND INSURANCE COMPANY, ET AL

v.                                          NO. 1:07CV00048 SWW

T-LYNN, INC., ET AL

## ORDER OF DISMISSAL

Pending before the Court is a joint motion to dismiss this action with prejudice [doc #53],

IT IS THEREFORE ORDERED that the above-entitled action hereby is dismissed with prejudice.

DATED this 27TH day of May 2010.

                                   /s/Susan Webber Wright
                                   UNITED STATES DISTRICT JUDGE